Seaboard Air Line Railroad Company, a corporation, Plaintiff in Error, v. John W. West and A. A. Keiffe, partners using the firm name of West & Keiffe, Defendants in Error.

Division B.

Writ of error to Circuit Court, Suwannee county; John F. White, Judge.

H. J. McCall for plaintiff in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.